IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAHMAN HENDERSON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | No. 06-1638 |
| | : | |
| **LOUIS FOLIGNO, et al.** | : | |

**O R D E R**

On April 18, 2006, Rahman Henderson filed a Petition for Writ of Habeas Corpus.  See 28 U.S.C. § 2254.  United States Magistrate Judge Elizabeth T. Hey filed a Report and Recommendation on April 25, 2007.  Petitioner has failed to file objections to the Report and Recommendation as of May 30, 2007.

AND NOW, this 30th day of May, 2007, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, IT IS ORDERED that:

1. The Report and Recommendation is **APPROVED and ADOPTED**;

2. The petition filed pursuant to 28 U.S.C. § 2254 is **DISMISSED**; and

3. There is no basis for the issuance of a certificate of appealability.

The Clerk's Office shall close this case for statistical purposes.

IT IS SO ORDERED.

*/s Paul S. Diamond, J.*

_____
Paul S. Diamond, J.